FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2026

SEAN F. McAVOY, CLERK

Todd Blanche
Acting Attorney General of the United States
Letitia A. Sikes
Assistant United States Attorney
Eastern District of Washington
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

ECF No 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL ALFREDO LOZANO,<br><br>Defendant. | 1:26-CR-2039-SAB<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. § 115(a)(1)(B), (b)(4)<br>Threats Against a Federal Law<br>Enforcement Officer |

The Grand Jury charges:

On or about the May 19, 2026, in the Eastern District of Washington, the Defendant, MANUEL ALFREDO LOZANO, did threaten to assault and murder Homeland Security Investigations Special Agents J. McCalla,  J. Sun and R. Regalado, with the intent to impede, intimidate and interfere with said Federal law

//

//

INDICTMENT – 1

enforcement officers, who were engaged in the performance of official duties, all in violation of 18 U.S.C. §§ 115(a)(1)(B), (b)(4).

DATED this ___3___ day of June, 2026.

A TRUE BILL

Todd Blanche
Acting Attorney General

Alison L. Gregoire
Criminal Chief

Letitia A. Sikes
Assistant United States Attorney

INDICTMENT – 2